■ CLASSICAL MUSIC FOUNDATION OF NEW YORK, INC., Appellant, v RUDOLPH GIULIANI, as Mayor of the City of New York, et al., Respondents. [672 NYS2d 700] —Order, Supreme Court, New York County (Eileen Bransten, J.), entered December 19, 1996, unanimously affirmed for the reasons stated by Bransten, J., with costs and disbursements. No opinion. Concur—Lerner, P. J., Ellerin, Rubin and Saxe, JJ.